JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DERRILL CHARLES UDELL,                    ) Case No. EDCV 10-1975-CAS (DTB)
                                          )
                Petitioner,        )
      vs.                             ) **J U D G M E N T**
                                          )
WARDEN KATHLEEN                           )
ALLISON, Warden,                          )
                                          )
             Respondent.          )
                                          )

      Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the action is dismissed with prejudice as untimely.

Dated: September 13, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1